UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON

June 19, 2020
DATE OF PROCEEDINGS

CHIEF JUDGE FREDA L. WOLFON          Docket #3:20-Cr-441-01(FLW)

COURT REPORTER: VINCENT RUSSONIELLO

TITLE OF CASE:

UNITED STATES OF AMERICA
       v.
TIMOTHY GIBSON
       DEFT. PRESENT VIA ZOOM VIDEO

APPEARANCES:

Sarah Sulkowski, AUSA for Government
Edward Brass, Esq. for Defendant

NATURE OF PROCEEDINGS:          ARRAIGNMENT


All parties consent to video recording.
Ordered defendant sworn; defendant sworn.
Defendant advised of rights, charges and penalties.
Deft waives formal reading of Indictment.
PLEA:   NOT GUILTY Plea entered as to Count One of the Indictment.
Scheduling Order to be filed.
Ordered bail continued as previously set.


Time commenced: 2:15 P.M.
Time Adjourned:   2:25 P.M.
Total Time:   10 Minutes

                              *s/Jacqueline Merrigan*
                              DEPUTY CLERK