AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-441 |
| TIMOTHY GIBSON AND AHARON LEV | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TIMOTHY GIBSON

Date: 11/03/2020

s/ Matthew S. Adams
*Attorney's signature*

Matthew S. Adams, Esq.
*Printed name and bar number*
Fox Rothschild LLP
49 Market Street
Morristown, New Jersey 07039

*Address*

madams@foxrothschild.com
*E-mail address*

(973) 994-7573
*Telephone number*

(973) 992-9125
*FAX number*