UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Crim. No. 20-441 |
| TIMOTHY GIBSON | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Sarah A. Sulkowski, Assistant U.S. Attorney, appearing), and defendant Timothy Gibson (Matthew S. Adams, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to permit counsel the reasonable time necessary for effective preparation in this matter; and 16 continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for the purpose of effective preparation and so that the parties could attempt to resolve the matter and thereby avoid a possible trial; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of his appearance before a judicial officer of this Court pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant having consented to the continuance and waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

- 2 -

    (1)    The charges in this case are the result of a lengthy investigation, and the discovery involves a voluminous amount of materials that counsel requires adequate time to review;

    (2)    Taking into account the exercise of diligence, therefore, the facts of this case require that the parties be permitted a reasonable amount of additional time for effective preparation in this matter; and

    (3)    As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this __5th__ day of __April__, 2022,

ORDERED that this action be, and hereby is, continued from April 1, 2022 through June 1, 2022; and it is further

ORDERED that the period from April 1, 2022 through June 1, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Honorable Freda L. Wolfson
Chief United States District Judge

Form and entry consented to:

_____
Sarah A. Sulkowski
Assistant U.S. Attorney

_____
James Donnelly
Chief, Organized Crime/Gangs Unit

_____
Matthew S. Adams, Esq.
Counsel for defendant