

DIRECT DIAL NUMBER:
609-987-6662

Andrew D. Leven
aleven@dilworthlaw.com

June 22, 2023

Honorable Georgette Castner
United States District Court Judge
submitted via ECF

RE: <u>US v. Timothy Gibson, Crim Nos. 20-441 and 22-320 (GC)</u>

Dear Judge Castner,

By way of follow-up to our letter of June 15 seeking a new scheduling order and in reply to the Government's June 20 opposition thereto, we request a status conference before your Honor in this case sometime on (or after) June 30, as local counsel will be out of the country from today until June 29.

During it, our goal would be to untangle this situation with precision and, in so doing, also identify several mischaracterizations and omissions by the Government that create an inaccurate picture and are frankly unhelpful to all concerned.

Respectfully submitted,

       s/<u>Andrew Leven</u>
       Andrew D. Leven, as local counsel

       s/<u>David Drake</u>
       David Drake, as lead counsel

cc: AUSA Specht, Timothy Gibson (via email)

It is so ordered this 23rd day of June, 2023.

*/s/ Georgette Castner*
Georgette Castner, U.S.D.J.

Status conference set for July 11, 2023 at 10:00 a.m.

A Limited Liability Partnership Formed in Pennsylvania
2 Research Way • Princeton, NJ 08540 • 609-924-6000 • Fax: 609-987-6651
www.dilworthlaw.com • Cherry Hill, NJ • Harrisburg, PA • Philadelphia, PA • Wilmington, DE • New York, NY